# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00144-CV

**Alicia Ruth Arenas, Appellant**

**v.**

**Marco Antonio Arenas, Appellee**

**FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
NO. C2013-1421C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On May 13, 2015, the trial court signed the final decree of divorce that is the subject of this appeal. Notice of appeal was due thirty days from the date of the decree. *See* Tex. R. App. P. 26.1. However, appellant did not file her notice of appeal until March 2, 2016. Because the notice of appeal was not filed until well after the deadline, we cannot exercise jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See id.* R. 42.3.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   April 7, 2016